IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL L SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-477 |
| | § | |
| ANHEUSER-BUSCH, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Anheuser Busch, Inc.'s motion to compel arbitration, (Docket Entry No. 4), is granted. Samuel L. Scott's motion for default judgment, (Docket Entry No. 5), is denied. This case is dismissed without prejudice in favor of the parties' contractually agreed arbitration procedures. Consistent with its offer on the record, Anheuser-Busch must facilitate Mr. Scott's efforts to commence arbitration.

SIGNED on June 21, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge